IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JASBIR B. SINGH, <br><br> Plaintiff, <br><br> vs. <br><br> UTAH TRANSIT AUTHORITY, <br><br> Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION <br><br><br><br> Case No. 204 CV 990 TC |

Plaintiff Jasbir B. Singh has filed suit against the Utah Transit Authority (UTA) alleging violations of his rights under the Americans with Disabilities Act (ADA), and 42 U.S.C. §§ 1983 and 1985. The court referred this matter to United States Magistrate Judge David O. Nuffer pursuant to 22 U.S.C.§ 636(b)(1)(B). Judge Nuffer issued a thorough Report and Recommendation (R&R) in which recommended that UTA (as well as the individual defendants, whom as Judge Nuffer pointed out, were not named in the caption) were entitled to summary judgment.

Mr. Singh filed a pleading which the court interprets as an objection to Judge Nuffer's R&R.

The court now has conducted a thorough *de novo* review of the file and Judge Nuffer's order and concludes that Judge Nuffer's R&R was correct. Accordingly, the court adopts Judge

Nuffer's order as the order of the court and summary judgment is GRANTED to the defendants in the case. The clerk of the court is ordered to close this case.

DATED this 14th day of December, 2005.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
United States District Judge